In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-220 CV


____________________



IN THE INTEREST OF M.I.L.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-190,070






MEMORANDUM OPINION


 The appellant, Joshua C. Makin, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.


 ______________________________

 STEVE McKEITHEN

 Chief Justice

 

Opinion Delivered July 12, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ